UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, <br>     Plaintiff, <br><br> v. <br><br> WALLACE L. PAST, <br>     Defendant. | NO. 3:11-cv-0977 <br><br> Judge Aleta A. Trauger |

## ORDER GRANTING ATTORNEYS' FEES AND COSTS

BEFORE THE COURT is Plaintiff's Motion for Award of Attorneys' Fees and Costs ("the Motion"). The Court has considered the Motion and the evidenced presented in support thereof, and is of the opinion that the Motion should be GRANTED. IT IS, THEREFORE,

**ORDERED, ADJUDGED, and DECREED** that Plaintiff, HICA Education Loan Corporation shall be, and hereby is, awarded attorneys' fees against Defendant, Wallace L. Past, in the amount of $1,450.00, plus court costs in the amount of $450.00, for which, let execution issue.

SIGNED this __19th__ day of __April_____, 2012.

_____
UNITED STATES DISTRICT JUDGE PRESIDING